UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREI MENDEZ and CARLISTO ACEVEDO BRITO,<br><br>Defendants. | ORDER<br><br>23 Mag. 6444 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Brandon C. Thompson;

It is found that the Amended Complaint in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Amended Complaint unsealed, it is therefore

ORDERED that the Amended Complaint in the above-captioned action be unsealed.

Dated:  New York, New York
        September 19, 2023

*Jennifer E. Willis*
THE HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE